IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CAPITOL LAKES, INC., | § | Case No. 16-10158 |
| | § | |
| Debtor. | § | Hon. Robert D. Martin |

### ELECTION PURSUANT TO 11 U.S.C. § 1111(b)

The undersigned, being all of the holders of claims in Class 2 of the *Debtor's Third Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code* dated April 17, 2016 [Docket No. 305], elect application of 11 U.S.C. § 1111(b)(2) to the claims in that class.

Dated: May 2, 2016

| | |
|---|---|
| KBC BANK, N.V., NEW YORK BRANCH | SANTANDER BANK, N.A. |
| | |
| By:   */s/ Vincent J. Marriott, III* | BY:   */s/ John Robert Weiss* |
|      One of Its Attorneys |      One of Its Attorneys |
| | |
| Vincent J. Marriott, III | John Robert Weiss |
| Brent Weisenberg | DUANE MORRIS LLP |
| BALLARD SPAHR LLP | 190 South LaSalle Street |
| 1735 Market Street | Suite 3700 |
| Philadelphia, PA 19103 | Chicago, IL 60603-3433 |
| Telephone: (646) 346-0841 | Telephone: (312) 499-0148 |
| Facsimile: (212) 223-1942 | Facsimile: (312) 277-6994 |
| marriott@ballardspahr.com | jrweiss@duanemorris.com |
| weisenbergb@ballardspahr.com | *Attorneys for Santander Bank, N.A.* |
| *Attorneys for KBC Bank, N.V., New York branch* | |

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE


By:  */s/ David E. Lemke*
         One of Its Attorneys

David E. Lemke
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street
Suite 2700
Nashville, TN 37219
Telephone: (615)850-8655
Facsimile: (615) 244-6804
david.lemke@wallerlaw.com
*Attorneys for U.S. Bank National Association, as Trustee*



                              Daniel J. McGarry
                              Iana Vladimirova
                        WHYTE HIRSCHBOECK DUDEK S.C.
                              33 E. Main St.
                                Suite 300
                           Madison, WI 53701-1379
                        Telephone: (608) 234-6046
                        Facsimile: (608) 258-7138
                          dmcgarry@whdlaw.com
                          ivladimirova@whdlaw.com
*Attorneys for KBC Bank, N.V., New York branch and Santander Bank, N.A.*

## CERTIFICATE OF SERVICE

John Robert Weiss, an attorney, certifies that on May 2, 2016, he caused the foregoing to be served upon the following via United States mail, postage prepaid:

Thomas R. Califano
Spencer Stiefel
DLA Piper LLP
1251 Avenue of the Americas - 27th Flr.
New York, NY 10020
212-335-4990
thomas.califano@dlapiper.com
spencer.stiefel@dlapiper.com

Jane F. Zimmerman
Nicole I. Pellerin
Murphy Desmond SC
33 E. Main St. - Suite 500
Madison, WI 53703
(608) 257-7181
jzimmerman@murphydesmond.com
npellerin@murphydesmond.com

Debra L Schneider
Office of the U.S. Trustee
780 Regent St. - Suite 304
Madison, WI 53715
debra.schneider@usdoj.gov

David E. Lemke
Blake D. Roth
Waller Lansden Dortch & Davis LLP
511 Union St. – Suite 2700
Nashville, TN 37219
615.850.8749
david.lemke@wallerlaw.com
blake.roth@wallerlaw.com

Rebecca R. DeMarb
James D. Sweet
Sweet DeMarb LLC
One N. Pinckney St. - Suite 300
Madison, WI 53703
608-310-5502
rdemarb@sweetdemarb.com
jsweet@sweetdemarb.com

Vincent J. Marriott III
Sarah Schindler-Williams
Ballard Spahr LLP
1735 Market St. - 51st Flr.
Philadelphia, PA 19103
215-864-8236
marriott@ballardspahr.com
schindlerwilliamss@ballardspahr.com

Paul E. Harner
Brent Weisenberg
Ballard Spahr LLP
919 Third Ave. - 37th Flr.
New York, NY 10022
646-346-8020
harnerp@ballardspahr.com
WeisenbergB@ballardspahr.com

                                                                */s/ John Robert Weiss*
                                                                  John Robert Weiss

DM3\3939500.1